1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  DENNIS J. HANNA, CSBN 184475
5  Special Assistant United States Attorney
6         Social Security Administration
           160 Spear St., Suite 800
7          San Francisco, CA  94105
8          Telephone:  (415) 977-8962
           Facsimile:  (415) 744-0134
9          Email:  Dennis.Hanna@ssa.gov
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SUSAN WARD,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>           Defendant. | No. 5:12-cv-00379-FMO<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:   11/21/12                                    /s/
                                          HON. FERNANDO M. OLGUIN
                                          UNITED STATES MAGISTRATE JUDGE